B 3A (Official Form 3A) (12/07) - Cont.

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

In re ___Leflora Draper___,          Case No. __13-43666__
              Debtor

                                     Chapter ___13___

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐   IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☒   IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ __70.25__          Check one  ☐ With the filing of the petition, or
                                ☒ On or before __December 6, 2013__

$ __70.25__   on or before __January 3, 2014__

$ __70.25__   on or before __January 31, 2014__

$ __70.25__   on or before __February 28, 2014__

☐   IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: __11/14/13__

_/s/ Pamela S. Hollis_
United States Bankruptcy Judge